■ CHRISTOPHER F. JARVIS, Appellant, v LaFARGE NORTH AMERICA, INC., et al., Respondents. (Appeal No. 3.) [858 NYS2d 624]—Appeal from a judgment of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered May 21, 2007 in a personal injury action. The judgment, among other things, dismissed the complaint upon a jury verdict.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051 [1990]). Present—Scudder, P.J., Smith, Centra, Peradotto and Pine, JJ.